**FILED**

JUL 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON D.C.

Raymond L. Purdum # 09359-062
       Plaintiff, pro-se    ]
~~LCSI~~    ]
LSCI    ]
v Po B 999    ]
Butner, NC 27509    ]
United States of America,    ]
Warden Tracy Johns LSCI, Doctor ]
Serigo Mercado LSCI, Robin Hunter ]
Buskey PA-C Physician Assistant,]
LSCI, Butner, North Carolina,    ]
et-al      Defendants,    ]
_____]

Case No.
Federal Tort Claim and
Civil Rights Complaint
Pursuant To Federal Tort
Claims Act Title 28 USC §1346
(b) and The Eighth Amendment
ie: Cruel and Unusual Punish-
ment, and Fifth Amendment Due
Process Violations, Jury Trial

Case: 1:08-cv-01259
Assigned To : Unassigned
Assign. Date : 7/23/2008
Description: Pro Se Gen. Civil

*[stamp: JURY ACTION CASE RE-ASSIGNED AUG 7 2008 ROBERTS, J. JR]*

JURISDICTION:

This court has jurisdiction to rule and order relief upon this com-

plaint pursuant to Title 28 USC §1331 (Federal Question), Fifth

and Eighth Amendments, and supplemental jurisdiction pursuant to

Title 18 USC §241 and Title 42 USC §1985 and §1986, and Title 28

USC §1391. The lead defendant is located in Washington, D.C., so

the proper and legal jurisdiction is in Washington D.C. District

Court. Given that some of the defendants are located beyond this

court's 100 mile territorial jurisdiction, plaintiff invokes this

courts jurisdiction pursuant to Title 28 USC §1332, ie: diversity

jurisdiction. Plaintiff represents a priori that his claims against

the diversity defendants exceeds the minimum amount required by the

statute. Plaintiff is bringing this Tort Claim and Complaint because

he has been abused both physically and mentally for the lack of and

kind of treatment he has received since arriving at LSCI Butner, NC.

**RECEIVED**

JUN 2 7 2008

Clerk, U.S. District and
Bankruptcy Courts

ARGUMENT:

Plaintiff has established the jurisdictional issue and now appro-aches the issue of the reason for the The Tort Claim, and the facts surrounding same. Plaintiff has not exhausted the Administrative Proceedures Act for the following reasons. Administrative Law from American Jurisprudence §478 2nd., which states:

§478 Exhaustion excused by the courts:

> "In cases where exhaustion of remedies is not re-quired by statute, the exhaustion requirement is discretionary with the courts. Failure to exhaust remedies is not an absolute bar to judicial con-sideration and must be applied in each case with an understanding of its purposes and of the part-icular administrative scheme involved. Judicially excusing the requirement may also occur when":

(1) available remedies provide no genuine opportunity for adequate relief.
(2) irreparable injury may occur without immediate judicial relief.
(3) administrative appeal would be futile, or
(4) the plaintiff raises a substantial constitutional question, which could not be resolved through the administrative pro-cess.§§474,475; N.L.R.B. Industrial Union of Marine and Ship-Building Workers of america, AFL-CIO, Local 22, 392 U.S.418 88 S.Ct. 1717, 20 L.Ed. 2nd. 706 (1968); Parisi v Davidson, 404 U.S. 34, 92 S.Ct. 815, 31 L.Ed 2nd 17 (1972); §479; Murphy v Zoning Com'n of Town of New Milford, 223 F. Supp. 2nd 377 (D. Conn. 2002); Kendall v Mooney, 273 F.Supp. 2nd 216 (E.D.N.Y. 2003); Waste Connections Inc. v Oklahoma Dept. of Environmental Quality, 2002 OK 94, 61 P.3d 219 (Okla 2002).

§488 Under Administrative Procedure Act (Americam Jurisprudence),

it states:

> "The Administrative Procedure Act sets out the standards of judicial review of agency action, which standards must be deemed unaltered un-less Congress's intent to make substantive change is clear on the face of a statute Under the APA, the reviewing court decides all rel-avent questions of law, interpreting constitut-ional and statutory provisions and determining the meaning or applicability of the terms of an agency action".

(1) arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law;
(2) contrary to constitutional right, power, privilege, or immunity;
(3) in excess of statutory jurisdiction, authority, or limitations, or short of statutory right;
(4) without observance of procedure required by law;
(5) unsupported by substantial evidence in a case subject to certain provisions of the APA or otherwise reviewed on the record of an agency hearing provided by statute; or
(6) unwarranted by the facts to the extent that the facts are subject to trial de novo by the reviewing court. 5 USC §701-706
   5 USC §706.

Considering that the plaintiff has brought this action under the Fifth and Eighth Amendments, it is appropriate for the aforementioned to be considered seriously, and that all issues addressed by the plaintiff have legal standing in accordance with the need not to exhaust the Administrarive Procedure Act.

American Jurisprudence §479 Constitutional Claims states:

> "Admimistrative agencies have neither the power nor the competence to pass on the constitutionality of statutes. However, if recourse to administrative process is insufficient to fully and satisfactorily protect constitutional rights in question, exhaustion is not required. Exhaustion of administrative remedies also may not be required where an agency ordinance or rule is attacked as unconstitutional on its face".

The Fifth Amendment states in part: "nor be derprived of life, liberty or property, without DUE PROCESS of law...".

Due process is a statement that encompasses many interpretations and cannot be put aside just because it does not fit the criteria of certain persons who say differently to shield them selves from attack for wrong doings against another person. The plaintiff in this case has had his due process abridged by the lack of proper medical treatment from the staff at LSCI, Butner, NC. Further, he will suffer permanently from the lack of treatment according to the Urologist who did the TURP process without success. Plaintiff has therefore been deprived of his right to life, liberty... without the due process rightfully his. In Carlson v

<u>Green</u>, 446 U.S. 14, 18-19 (1980) the court stated:

> "when a person acting under the color of Fed-
> eral authority deprives a person of his or her
> constitutional rights, the person may seek rem-
> edies for violation of constitutional rights
> in the absence of affirmative Congressional
> action".

The fact that plaintiff has been deprived of not only his fifth amend-

ment rights, he has been abused by the Bureau of Prisons, Department

of Justice and The United States of America in the handling of his

medical treatment or lack thereof. The Bureau of Prisons is required

by LAW to give every effort to fairly treat the inmates who have med-

cal needs, and the Department of Justice, Bureau of Prisons has even

touted this by establishing more than one such medical facility.The

plaintiff in this instant case, was transferred to Federal Medical

Complex, ie: LSCI, Butner, NC., 27509, so that he could and would re-

ceive the medical treatment he was not or supposedly was not reciv-

ing at Elkton, Ohio. The opposite has already happened, plaintiff is

in WORSE condition medically at LSCI, that when he was at Elkton.Is it

any wonder theh that the plaintiff is bringing this Tort  Claim in

a legal standing position, he says, "I think not".

In response to the Eighth Amendment, the plaintiff reminds this

court that the Eighth Amendment states in part: "nor cruel and

unusual punishments inflicted".

The fact that plaintiff is and will suffer "cruel and unusual pun-

ishment", is a known ie: he will according to Dr. Ogle a contracted

Dr. to the BOP, stated; "more than likely you will be required for

the rest of your life to self catherization every 4 hours to drain

urine from your badly extended bladder". Plaintiff believes that

alone justifies his having his constitutional rights abridged, and

4

so accordingly, has brought forward this Tort Claim.

Time line of inept medical care by the medical staff of LSCI:

On November 2, 2007 plaintiff according to the medical records was admitted to LSCI medical. The records state:

> S--Emergency visit by CP, 2045 O- Brought to med-
> ical by Officer. Ambulatory c/o sudden onset of
> pain he describes as 'sharp' from just under his
> ribs to between his shoulder blades. States nausea
> with vomiting x1, skin  pale, dry, warm. Edema JRO
> 12 lead EKG obtained, unremarkable. Abd soft, non
> distended with pain 'allow;' but seems to be most
> painful when just under ribs palpated. unbound tend-
> ness. Normal BM, last meal supper today. Pain 9/10
> nothing relieves or increases. BP-183/101 P-66 R-22
> Po2-97% T-97.1, vomited in medical. A-alter in comfort
> P-Contacted hospitalalist who gave ok for 25 mg Phen-
> ergan IM and some Maalox. Repeated and verified. Both
> given at 2015. Inmate observed for1 hour. Does not
> state any relief from pain and actually c/o more of
> back pain. Abd palpated searching for any masses or
> points of pulsation. None found. Strong distal pulses
> equal both upon extrematies. (inmate has all factors
> of AA)(also exhibiting s/s of cholecysttis) BP-157/83
> P-54 R arm, BP-152/90 P-54 Arm, o/x 164/90 P-58.
> Hospital contacted will come evaluate inmate. T. Per-
> kins EMTP.

November 5, 2007 the following occured at FSCI, Butner, NC to the plaintiff according to medical records: 11:30 hours, Urgent Care

> "Called in to evaluate inmate that 'passed out'
> in Unit. IM c/o chest pain, nausea and vomiting
> He has been having these symptoms past three days
> He says he has been vomiting, chills, sweats, "I
> feel like I am going to pass out". BP-142/82, P-65
> SP02 98% 3Lby NC Inmate appears to be in distress
> he is vomiting green bile. Hient Perrla. Abd acute
> tenderness of URQ w/grurding BS are normal Obese,
> distended EKG no changes from previous studies. P
> acute abd R/O cholecysttis.

November 5, 2007 20:50 hours; Inmate returned from DRH dx of

> urinary retention according to the 4 liters of
> urine collected. He was catherized    Foley, cath-
> ither remains in place. Inmate has no current com-
> plaints. Advised to F/W S/S in the Ar verbal under-
> standing

November 9, 2007 8:00 hours following occured:

> "Stop Foley now, replace Foley 16fr if not void.

in 6 hours and leave on leg, drain in,

November 5, 2007 medical records state:

The IM began 3 nights ago with chest pain and
upper abdominal pain. He resports feeling chills
and night sweats. Today he had syncopal episode
in his unit and has been vomiting green bile. VS
are stable, EKG unremarkable, but exquisite tend-
erness and guarding in URQ. He has HX of DM, Hyper-
lipidemia, HTN, previous CVA, old MI with CABGx3.
continuing;happenings of November 5, 2007: Durham Regional Hospital,
Emergency Room Report.

Billing Number 05621813, MRN: 000006954, 11-5-07
Chief Complaint; abdominal pain, the patient a 62
year old man who reports a four day history of ab-
dominal pain. when I asked him where his belly hurts
he starts in the right upper quadrant but then points
to all areas of his abdoman including down low in
the suprapubic area. He reports that the pain has
been constant, that he has not has a bowel movement
in four days and that today, he has begun to have
nausea and vomiting. He reports some subjective sel-
ective chills but no documented fevers. The patient
denies previous similar pain...ER COURSE AND MEDICAL
DECISION MAKING: The patient initially was having
diffuse abdominal pain, nausea and vomiting. He had
a 3-view abdominal x-ray performed which showed no
evidence of any free air or any evidence of obstruct-
ion. He had a chemistry which other than a gluclose
of 143 was completely within normal limits, normal
lipase. CBC showed a white cell count of 10.8 but
otherwise was normal. Given the patients diffuse,
abdominal pain that was still <u>unresolved</u> we put the
patient in for a CT scan. It showed a mildly dis-
tended gallbladder but otherwise was normal... The
patient had a post-void residual performed. The pat-
ient had no urge to void at all but when a Foley was
put in, the patient put out over 3 liters of urine
with significant relief of all of his abdominal pain
as well as nausea and vomiting.He will keep the Foley
in with aleg bag to further evaluate the source of
the urinary retention... it does appear that patients
problem is the urinary retention.
continuing; Durham Regional Hospital, Indication; Right Abdominal
pain. technique Abdoman serial axial images were obtained from the
top of diaphragms to the top of the iliac crests following oral con-
trast administration. Findings Abdomen:

Lungbase/Pleura: No effusions, masses, Hepatic Par-
enchyma: no masses or cysts. Billary Tree, gallbladder
is mildly distended. The wall does not appear thicken-
ed and there is no surrounding fluid. No calcified gall-
stones are seen but nonopaque gallstones may not be vis-

able on CT... There is a 3.9 cm low attenuation
sharply defined probable cyst arising from the
lateral aspect of the mid right kidney. There
appears to be minimal calcification along the
wall of this suspected cyst. Suggest followup
protocol CT for further evaluation... the pros-
tate is mildly enlarged and contains some cal-
cifications.
continuing Durham Regional Hospital reports; Impression Abdomen:

1. Gallbladder is mildly distended but otherwise
   appearance unremarkable. If sysmtoms suggest
   cholelithiasis suggest gallbladder ultrasound.
2. 3.9 cm probable right renal cyst with minimum
   calcification in the wall. In view of the lat-
   lerm suggest followup renal protocol CT.
3. A few intrarenal calcifications bilaterally
   which may be vascular or represent minute cal-
   culi. No significant hydronephrosis or hydro-
   ureter evident. (Ends Durham Regional Hospital info)

November 6, 2007 LSCI medical record reports; o:600 hours:

S-my bag id full od blood...ambultory to medical,
c/o feeling woozy, denies pain or SOB. nauseaus,
but not vomiting. Last meal last night. Foley cath-
eter bag with 500cc of dark urine. Inmate states he
emttied it around 0:550, no other complaints. BP 156/
85, P 88 R-22 T-97.6 Bp-156/85, P-90 A-Attention in
comfort, Inmate to be followed up by me, Perkins EMPT.
continuing November 6, 2007, 0:944 Hours:

S: IM says that he has been urinating every day and
did not know he was retaining urine. When he got to
ER, he urinated on his own about a liter. Then Foley
was placed and three more liters were taken out. Last
night after returning, he slipped an the shower and
pulled on the catheter. This Am he awoke with blood
in the bag. The blood is dark colored and he reports
feeling uncomfortable with Foley in place. Evaluat-
ion in ER with a strange presentation of urine re-
tention. Blood is dark in color so it is not a sign
of active bleeding. Inmate instructed to keep check
and notify any changes in color of urine.

November 9, 2007 LSCI medical record reports:

Late entry for 15:50 inmate appearance, 17:30 report
Patient ie: urinary retention, Foley out this AM, void
today significant complaints. Note PVR also Foley is
drainage. Suspected choleittman, reports a dilated
gallbladder. 0:800, 614 cc recent urinary retention,
has Foley in, pain in penis, pulling effort on cath-
eter. Abdomen round BS tenderness, deep pulp and re-
sound penis clear, urine dark yellow, urinary retent-
ion. Voiced understanding of pain, ordered meds.

7

November 23, 2007 LSCI medical record resports:

> Admin note: I/m had Foley catheter removed, 0"900
> by undersigned. I/M instructed to return by 12:30
> if no voluntary void by then. signed by Hunter-
> Busky PA. 14:30 Admin, replace Foley, further re-
> tention, Pt voiced understanding cont cpro as order-
> ed.

continued: This IM was sent out to local ER 2 weeks ago because he
began to have abdominal distention, vomiting green bile and had up-
per right abdominal pain. At no time did he ever complain of any
urinary problems. At the ER, he urinated on his own, but he was
cathed and about 4 liters of urine was removed. He has a Foley and
he reports hematuria. Please evaluate. I/M was sent to FMC to see
Dr. Ogle, contract urologist to BOP, FMC Butner. His resport below.

> 62 year old male cause of urinary retention, in-
> dwelling.Foley has failed multiple trials of void.
> PMM:CAD MI HTN DM chol, CVA depression, angina, as-
> thma, PSH CABC elbow, knee; ALL NKDA FH SH; Meds:
> mitroquick, ASA, amiodoione, metoprotol, imdin, met
> fremin, loraststin, lasix, KLOR, cloprodogle, lis-
> imopril, zantec, atronet, albuterol; Exam: nl un-
> circumsized phrallus T Foley, testis VV, NT mass,
> slightly inlonged NT modules. A/PI urinary retent-
> ion, needs TURP ASAP. Patient informed that he may
> not be able to void after procedure. Adrian Ogle,
> urologist.

December 3, 2007 LSCI medical record reports:

> 62 year old man recently began with a urinary re-
> tention. Has indwelling Foley because of recur-
> rent retention. He has seen Dr. Ogle whom reco-
> mends TURP ASAP.

December 25, 2007 LSCI medical record reports 19:00 hours:

> S: I/M, I think I have some blood in my urine.
> Its dark in the bag. I have not noticed any
> blood in bag since last month. I have also been
> hurting some on my side and back since yesterday.
> O: I/M A&O ambulatory to HSH above complaints HP
> of endwelling cath and similar episodes. writer
> notes 300cc dark urine. I/M reports making 3 other
> large 400cc each today, no blood noted. Normal
> frequency, no pain, irritation, skin warm today,
> color good, T-98 P-68-R-16 BP140/70 spoz 98 RA
> P: empty bag monitor patient amount & color, con-
> tact HSM if conditions worsens. sick call in the
> AM. E: advised of above plan, verbalized under-
> standing.

January 16, 2008 LSCI medical record reports, 18:23 hours:

> "Inmate returning after TURP BP-151/78, ok
> to return to Low, Sichel 1-17-08".

January 18, 2008 LSCI medical record reports, 10:55 hours:

> "62 year old white male S/P TURP done on 1/15/08.
> Failed voiding trial on 1/15/08. Discussed with
> Dr. Ogle, plan to do another voiding trial and if
> not successful, will need to learn self catherizat-
> ion. <u>Given length of time and degree that bladder
> was distended</u>, MAY NOT REGAIN FUNCTION or PARTIAL
> FUNCTION over time. Patient has mild pain in bladder
> area, has pain in joints elbows, ankle, 7-8/10 from
> arthritis, would like to resume Naprozen. c/o rash
> on forehead for two days, feels slightly dizzy, wash-
> ed out on questioning. BP-101/68(sitting, 93/61) 224
> lbs central forehead +1 check fine everything rash,
> lungs clear, RRR abd soft mildly tender access upper
> abd and RLQ rebound pedal edema.
> A/P 1. S/P TURP will try voiding trial today, nurse
> will remove Foley and teach self caterazation tech.
> If has not urinated by 5PM, Patient to start self
> catherazation then continue <u>every 4-6 hours</u>. FLU Dr.
> Ogle two weeks.
> 2. Hypertension; hold Lisinapril and Lasix for next
> 4 days. Drink orange juice but no breakfast this AM.
> Push no fluids, PP daily in rec yard Flu medical if
> feels neasuas faint/dizzy.
> 3. rash Seb Derm? Try 2.5% Hydrocortisone cream.
> 4. Anthralgia can resume Narpoxin.
> 5. CAD resume ASA. I do not see indication for Plaxix
> no start."

January 15, 2008 Maria Parham Medical Center, ie: Dr. Ogle.

> Chief Complaint, Urinary Retention, This 62 year old
> gentleman with a history of urinary retention, with
> an indwelling Foley who has failed multiple trials
> to void. After discussion with the patient, it was
> elected that he undergo TURP. He has been informed
> preoperatively that he may not be able to void after
> the procedure.
> Medications presently taken by patient: Metformin,
> metoprolol, sublingual, potassium chloride, zantec,
> simvastatin, clopidogrel, aspirin, digoxim, lasix,
> albuterol, isosorbide, monoitrate, and lisinopril.
> Physical Exam: Stable on admission. He is afebrile
> HEENT: Normocephlic, atraumatic. NECK: fullrange of
> motion, HEART: regular rate and rhythm, LUNGS: clear,
> ABDOMEN: soft, nontender, nondistended, GU he has a
> normal uncircumcised phallus with an indwelling Foley,
> Both testes descended normally, nontender without mass-
> es. RECTAL: he has normal tone. The prostate slightly
> enlarged, nontender without modules."

January 16, 2008 Maria Parham Medical Center :ie Dr. Ogle.

"Patient brought ot OR given spinal anesthesia. was
placed in lithotmony position and had genitalia pre-
pped and draped. Cystoscope was inserted under direct
vision into the urethal meatus and slowly advanced un-
til we were at the verumontanum. Patient was noted to
have occlusion of the prostatic fossa, bilateral lobe
haypertrophy and a small emdian bar. Was also noted,
to have catheter cystisis from the indwelling Foley.
Once into the bladder, inspection noted a moderate tra-
beculation and catheter cystitsis at the dome and post-
erior wall. After Laser fiber was advanced through scope
, the lateral lobes were vaporized, and we stayed prox-
imal to the verumontanum. Bladder was filled and scope
removed. A 20-French 3-way catheter was placed per ur-
rtha into the bladder and filled with 20 Mlitters of
water. This was connected to minimal irrigation and de-
pendant draianage. He was taken from lithotomy position
and transferred to recovery room in stable condition."

January 18, 2008 LSCI medical record reports, 10:30 hours:

Adm note: Pt Foley cath discontinued per Dr. Sichel SIS
infection noted @ gential site. Instructed & advised on
proper procedure of sel cath & patient demonstrated re-
turn and procedure. Advise to self cath each 4 hours.
BP-106/64 P-72 Sitting and BP 88/63 standing. Dr Sichel
made aware. Advise to rise slowly from the sitting pos-
intion to standing position. Patient voiced understand-
ing. A. Davis RN.

January 22, 2008 LSCI medical record reports, 3:00 hours:

Feeling better, nausea resolved. Not uiinating much on
his own. having difficulty doing cath last few inches
difficult traverse. 500-800cc return after 5-7 hours.
BP 118/149, 1 hour in rec yard. PE 123/75 R72 pedal
edema L.

January 25, 2008 LSCI medical record reports:

A/P 1. A/P TURP continue sel cath Flu uroligist.
2. BP good level stay off of Furusemide and Lis-
inopril for now. Monitor BP. If starts to rise, start
1/2 lisinopril tab. Flu month. patient educated and
understood. S. Sichel, MD."

From November 2, 2007 through January 25, 2008 the plaintiff has
listed the happening which lead up to the issue at hand. Plaintiff
would call attention to the fact that several times referal was

to a history of retention of the bladder. How is then that NOW it is brought to light ie: History of Retention. Plaintiff ever since his incarceration began has NOT had a Retention Issue? It is believed by the plaintiff that making reference to History of Retention at this point of his medical maladys allows the BOP and its so called doctors a way out for their less that professional conduct as professional medical persons. Any other reason would not be attributal to their decisions. Plaintiff is of course thankful for whatever help he receives, but in this instance he believes that BOP has been laxed in their medical treatment. Plaintiff was sent to Butner LSCI from Elkton Ohio which was a very long distance from his wife to a place that is farther from his wife just to have supposedly better medical care, it HAS NOT HAPPENED. Since his arrival at Butner and having been under the case of Dr. Sergio Mercado, plaintiff, has been transferred to Dr. Sichel at LSCI. Hopefully this will be a benefit to plaintiff as Dr. Ramsey and Dr. Mercado have very uncomplimentary positions here at LSCI. Their demeanor and abilities are suspect at best, as is the ability of Department of Justice and The Bureau of Prisons to adequately take care medically of the inmates. Butner is supposed to be the meca of medical actions in BOP, it how-ever is not so. The care plaintiff received at Elkton was as good or better than he is receiving at Butner, no doubt.

§4042 Duties Of Bureau of Prisons states in relation to inmates care. The duties cover; Provison of suitable living quarters, care, and subsistence; Protection, instruction, and discipline; Prisoners rights; Release procedures; Judicial Review of courts; Medical Care; Ability of prisoners to file Tort Claims for wrongdoings; to name a

a few of the responsibilities of the Bureau of Prisons relating to care of inmates. Plaintiff has a legal right to bring forth this Tort Claim pursuant to: 74 Am Jur 2nd, §8 Existence of legal right and duty ie: Randlette v Judkins, 77 ME 114, "also 'Restatement, Torts 2nd §4, using the word 'duty' to denote the fact that the actor is required to conduct himself in a particular manner at the risk that if he does not do so he may become liable to another to whom the duty is owed for an injury sustained by such other, of which the actor's conduct is a legal cause." §9 Violation of legal right and duty; a cause of action arises for an injury from the invasion of the plaintiff's primary right through some violation of duty imposed upon the defendant in favor of the plaintiff. This rule applies to liability for a tort which arises upon the commission of a legal wrong, the infringement of a legal right, or the breach of a legal duty by the person sought to be held liable. See Smith v Rutledge, 332 ILL 150, 163 NE 544, 61 ALR 273; Wabash, St. L. & P.R.Co. v Locke, 112 Ind 404, 14 NE 391. and Louis Kamm, Inc. v Flink, 113 NJL 582, 175 A 62, 99 ALR 1., which stated:

> "One who does anything, or permits anything to be done, without just cause or excuse, the necessary consequence of which interferes with or annoys another in the enjoyment of his legal rights, is absolutely liable irrespective of negligence". Taylor v Cinncinnati, 143 Ohio St 426, 28 Ohio Ops 369, 55 NE2nd 724, 155 ALR 44."

The general test to determine whether there is a liability in an action of tort is the question whether the defendant has disregarded his duty, See Waynick v Chicago's Last Dept. Store, (CA7 ILL) 269 F2nd 322, 77 ALR 2nd 1260 cert denied 362 US 903, 4L Ed 2nd 554 80 S.Ct. 611: First Nat. Bank v Filer, 107 Fla 526, 145 So 204, 87

12

ALR 267; <u>Nash v Minnesota Title Ins. & T. Co.</u>, 163 Mass 574, 40 NE 1039; <u>Lowery v Kansas City</u>, 337 Mo 47, 85 SW2nd 104.

A cause of action in tort may be predicated upon the <u>failure</u> to some special or absolute duty which, in itself, constitutes an invasion of the <u>rights</u> of or an infraction of an <u>obligation</u> due to another. The duty may be one to the person injured as the individual, but this not essential since it is sufficient that the duty was owed to him as a member of a class or group. See: <u>Waynick v Chicago's Last Dept. Store</u> (CA7 ILL) 269 F2nd 322, 77 ALR2nd 1260, cert denied 362 US 903, 4 L.Ed 554, 80 S.Ct. 611.

In determining whether an act is wrongful, a test frequently applied is the ability of a prudent man in the exercise of ordinary care to foresee that injury or damage will naturally or probably result. See <u>Drum v Miller,</u> 135 NC 204, 47 SE 421 states:

> "while every kind of wrongful conduct, like lying is not actionable per se, the determination of action-ability <u>requires</u> examination of the purpose for which one lies, the harm produced by the lie, and whether the harm was foreseeable or the natural consequence of the wrong". <u>Morrison v National Broadcasting Co.,</u> 24 App Div 2nd 284, 266 NYS2nd 406, 16 ALR 3rd 1175 revd on other grounds 19 NY2nd 453, 280 NYS2nd 641 227 NE2nd 572".

§11 Duty to act to avoid harm to others: It has been stated generally that a cause of action arises where that is not done which ought to have been done, so that the tort may result from acts of omission as well as of commission in the fulfillment of non-contractual duty of care. See: <u>Cortes v Baltimore Insular Line</u>, 287 US 367, 77 L Ed 368, 53 S.Ct. 173; <u>First Nat. Bank v Filer</u>, 107 FLA 526, 145 So 204, 87 ALR 267; <u>Nash v Minnesota Title Ins. & T.Co.,</u> 163 Mass 574, 40 NE 1039; <u>Louis Kamm, Inc v Flink</u>, 113 NJL 582, 175 A 62, 99 ALR 1.

It is quite clear that the plaintiff having been injured by the def-

ants has just cause to file this tort claim and to expect the court
to give consideration to the issues presented. The courts are very
clear in their decisions, if a person has been wronged, they have
the right to proceed with any legal means for just compensation ie:
This rule applies to liability for a tort which arises upon the comm-
ission of a legal wrong, Smith v Rutledge, 332 ILL 150, 163 NE 544
61 ALR 273; Wabash, St. L. & P.R. Co. v Locke, 112 Ind 404, 14 NE 391.
The courts stated in Goldsmith v Joy, 61 Vt 488, 17 A 1010, and Green
v General Petroleum Corp. 205 Cal 328, 270 P 952, 60 ALR 474 (declar-
ing that one who does something which has no legal right to do, to pre-
judice another, is liable for the injuries suffered by thelatter there-
by); Joyce v Great Northern R. Co. 100 Minn 225, 110 NW 975(declaring
that every wrongful act of a person to another is an actionable tort);
Louis Kamm, Inc. v Klink, 113 NJL 582, 175 A 62, 99 ALR 1 (declaring
that one may become liable to an action in tort by actually doing to
the prejudice of another, something he ought not to do".
Plaintiff has shown by the number of times he has complained to the
medical staff about abdominal pain, vomiting, nasusea, etc., that he
has been illfor quite some time ie: November 2, 2007 was admitted to
Emergency for abdominal pain; November 5, 2007 inmate passed out in
Ubit, chest pain, vomiting symtoms last three days; November 5, 2007
inmate returned from DRH dx of urinary retention, 4 liters collected;
November 9, 2007 Stop Foley in 6 hours leave on leg; November 5, 2007
inmate began 3 nights ago with chest pain upper abdominal pain, chills,
night sweats. Today has been vomiting green bile, exquisite tenderness
and guarding in URQ; November 5, 2007 Durham Regional Hospital Er Room
chief complaint, abdominal pain, patient reports a four day history of
abdominal pain. Starts in the upper right quadrant then all areas of

his adboman. Reports the pain has been constatnt. Exam showed a mild-
ly distended gall bladder. Patient had no urge to urinate but with
a Foley voided 3 liters of urine. Patient will keep the Foley in with
a leg bag for further evaluation, it appears the patients problem is
the urinary retention; continuing: No calcified gall stones are seen
but nonopaque gallstones may not be visible on CT. There is a 3.9cm
low attenuation sharply defined probable cyst arising fro the lateral
aspect of the mid-right kidney, suggest followup protocol CT for fur-
ther evaluation, gall bladder mildly distended, calcification of the
wall ie 3.9cm probable right renal cyst, suggest renal followup pro-
tocol; November 6 bag full of blood, woozy, Foley catheter bag with
500cc of dark urine, inmate to be followed up by me, EMPT Perkins;
continuing inmate says he has been urinating everyday and did not
know he was retaining urine. When he arrived at ER he urinated on
hsi own about a liter, a Foley was placed and 3 additional liters was
collected. After returning from ER yesterday, inmate slipped in the
shower and pulled the catheter, he awoke with blood in the bag; Nov-
ember 9, 2007 15:50 inmate appearance, 17:30 uninary retention Foley
out this AM, void significant complaints. Nore PVR also Foley is
drainage, suspected cholettman, reports a dilated gall bladder, 0:800
614cc urinary retention, Foley in, pain in penis, abdoman round BS
tenderness, deep pulf and resound penis clear, urine dark yellow,or-
dereed meds; November 23, 2007 Foley was removed, inmate instructed
to return at 12:30 if voluntary void does not occur, 14:30 Foley re-
placed, continued: inmate was sent out to local ER 2 weeks ago, he
had abdominal pain/distention, vomiting green bile, upper right ab-
dominal pain. At ER inmate failed multiple trials to void, he was
catherized and voided 4 liters. Inmate was sent to FMC to see Dr. Ogle

contract urologist to BOP, FMC Butner. Dr. Ogle responded in part as
follows; 62 year old male, cause of urinary retntion, indwelling. Fo-
ley has failed multiple trials to void, PMM: CAD MI HTN DM chol, CVA
depression. A/PI urinary retention needs TURP , ASAP. Patient inform-
ed he may not be able to void after procedure; December 3, 2007 in-
mate has indwelling Foley because of recurent retention. Has seen Dr.
Ogle, recomends TURP ASAP; December 25 19:00 hours inmate came to med-
ical and stated, I have some blood in my urine, it is very dark in
the bag. My side has also been hurting since yesterday,Complains the
indwelling Foley is hurting him, 300cc dark urine, plus 3 other large
400cc voids today; January 16 inmate returned after TURP, Dr. Sichel;
January 18 2008 TURO done on January 15 2008 inmate failed voiding
trial on 1/15/08. Dr. Ogle plans to do additional voiding trial and
if not successful, inmate will need to learn self catherization,
given length of time and degree that the bladder was distended, MAY
NOT REGAIN FUNCTION OR PARTIAL FUNSTION OVER TIEM, patient has mild
pain in bladder area; January 15, 2008 report of Dr. Ogle, patient
has history of urinary retention (this plaintiff believes is only so
stated by Dr. Ogle referring to the time element regarding the issue
which started as of November 2, 2007 at LSCI, Butner); January 18 2008
LSCI 10:30 Adm Nore, patients Foley discontinued per Dr. Sichel SIS
infection noted @ gential site. Advised inmate of self cath each four
hours,advised patient to rise from a sitting to standing position in
a slow manner because of varying BP readings; January 22, 2008 in-
mate not urinating on his own having difficulty with cath last few
inches, difficult traverse. 500-800cc return after 5-7 hours.

The instances of going to medical, ER, and Durham Regional Hospital to try and get relieve from the aliments pertaining to plaintiff are 26 times in  number aside from the pain and suffering incurred.

SUMMATION:

Plaintiff has adequately laid out the sequence of events which led to the filing of this Tort Claim. It is quite evident, that plaintiff certainly has cause for the complaint. For the aforesaid reasons plaintiff requests this court to call a jury to hear the issues at hand and to declare that the plaintiff has cause for the complaint and must be compensated justly in the amount of $25,500,000.00 to cover the lifetime damage that was caused by the ineptness of the medical staff of LSCI, namely Dr.s, Serigo Mercado, Robin Hunter-Busky, PA, Warden Tracy Johns, LSCI, et-al, all who are and were a part of the mis-diagnosis and or simply lack of medical knowledge in general. Plaintiff is quite sure from the other inmates assigned to either Butner FMC, LSCI, Med 1, or Med 2, or Camp, that in every instance, there are men who have been mistreated medically on a regular basis. Plaintiff therefore submits this Tort Claim respectfully, depending on the evidence and argument basing his Claim on the ineptness and facts supporting the claim. Plaintiff has and is suffering and will as it appears for the balance of his life the mistakes and errors associated with this Tort Claim for damages. Plaintiff has asked for certain monetary compensation, however he will if so directed by this court, accept compensation that a jury thinks is sufficient for the damages associated with the mis-treatments of his person by those named and un-named defendants.

Respectfully,

Raymond L. Purdum

CERTIFICATE OF SERVICE

On this _20in_ day of _May_, _2008_, PLAINTIFF did
place in the US Post Office at _Bartlesville, OK_, copies of
his Tort Claim, along with Exhibits to the below listed addresses.


3 copies to:

United States District Court
For The District Of Columbia
Washington, D.C. 20543
Attention Clerk Nancy Mayer Whittington

1 copy to:

Warden Tracy Johns
LSCI, P. O. Box 999
Butner, NC 27509

1 Copy to:

Doctor Seigo Mercado
LSCI P.O. Box 999
Butner, NC 27509

1 copy to:

Robin Hunter-Busky, PA
LSCI P. O.Box 999
Butner, NC 27509


Copies were placed in the US Post Office on the above so described
date by plaintiff Raymond L. Purdum.


Raymond L. Purdum, 09359-062

AFFIDAVIT OF RAYMOND L. PURDUM

Raymond L. Purdum attests that the below listed information is true
and correct to the best of his recollection, and was voluntary on
his part.

1) Raymond L. Purdum was transferred from Elkton, Ohio to Butner NC
   on September 2007.
2) Elkton, Ohio was a Level 2 Medical Facility.
3) LSCI, Butner is a Level 3 Facility.
4) Elkton, Ohio being a Level 2 Facility provided better medical care
   than LSCI, Butner as a Level 3 Facility does.
5) On November 2, 2007 Raymond L. Purdum was rushed to Emergency by
   Unit Officer with a sudden onset of pain from just under the ribs
   to between his shoulder blades, nausea, vomiting, skin pale.
6) Raymond L. Purdum was admitted to LSCI medical after having passed
   out in the unit. Nausea, vomiting. Has been doing such for the past
   three days, vomiting green bile, distended EKG.
7) Raymond L. Purdum returned to LSCI medical, where 4 liters of urine
   was collected. He was catherized and a Foley remains in place.
8) Raymond L. Purdum was taken to Durham Regional Hospital on November
   5, 2007 with abdominal pain, reporting a four day history of abd-
   ominal pain, upper right quadrant and all other areas of abdoman.
   Given that patients pain was nor resolved, a CT scan was ordered, it
   showed a distended gall bladder...patient had post-void residual per-
   formed and he voided 3 liters of urine. It appears the patients pro-
   blem is urinary retention.
9) There is a 3.9cm low attenuation sharply defined probable cyst aris-
   ing from the lateral aspect of the mid-right kidney, suggest follow-
   up CT for further evaluation.
10) 0:600 hours Raymond L. Purdum awoke with the bag full of blood,
    feeling woozy. Foley catheter bag had 500cc of dark urine.
11) Raymond L. Purdum reported to LSCI medical and told Ms. Perkins, PA
    he had been urinating every day and did know he was retaining urine
    this was on November 6, 2007 at 09:44 AM.
12) November 9, 2007 Suspected choleittman, reports dilated gallbladder
    614cc recent urinary retention, has Foley in, pain in penis, abd-
    omen round BS tenderness, deep pulp and resound penis clear, urine
    dark yellow, ordered meds.
13) November 23, 2007 raymond L. Purdum had Foley removed at 09:00AM
    by PA Hunter-Busky, at 14:30 replaced Foley, further retention.
continued: Raymond L. Purdum was sent to local ER 2 weeks ago because
    he began to have abdominal distention, vomiting green bile. and
    had upper right abdominal pain.
14) December 3, 2007, LSCI medical records report 62 year old man re-
    cently began with a urinary retention, has indwelling Foley be-
    cause of recurring retention, has seen Dr. Ogle, urologist who re-
    comends TURP ASAP.
15) December 25, 2007, 19:00 Raymond L. Purdum reported to LSCI medi-
    cal that he had some blood in his urine, also has been hurting
    on his side and back. PA took 300cc and 3 other occurance of 400cc
    at each voidence, HSM if condition worsens.

AFFIDAVIT CONTINUED

16) All of the above 15 number instances are true and corrcet to
the best of Raymond L. Purdum's recollection and attest to the
type of medical treatment afforded him at LSCI, Butner by the
medical staff ie: Dr. Serigo Mercado, PA Robin Hunter-Busky, et-al.

17) As a result of the inept medical treatment and diagnosis being
ineffective after such a long time, Raymond L. Purdum will acc-
ording to Dr. Adrian Ogle, Urologist who is contracted with LSCI
and the Butner Medical Complex, raymond L. Purdum will need to
self catherize each 4 hours until he expires. This alone will acc-
ount for the Tort Claim.

18) Self catherization is not only painfull, and tiem consuming, it is
a serious procedure that can cause infection very easily. What
Raymond L. Purdum is now faced with is a life that will not in any
way be normal.

19) Because of the lack of proper medical steps being taken by LSCI
medical personnel ie: Dr. Serigo Mercado and PA Robin Huntyer-
Busky, Raymond L. Purdum will suffer their ineptness and bad judg-
ment.

20) Dr. Adrian Ogle, urologist has told Raymond L. Purdum which is re-
flected in the medical records, that tne reason for the distended
bladder was the fact that Raymond L. Purdum was not voiding all
the urine it held, and that it had stretched the bladder out of
shape and probably will not return to its original shape.


All of the 20 itemized statements attest to the reasons that effect

Raymond L. Purdum here at LSCI, Butner, and any other facility he

could be transferred to, not including his home life upon his re-

lease. Therefore, the Tort Complaint.


Attested to this __20th__ of __May__ , __2008__ , by Raymond L. Purdum
Plaintiff in this instant case.

# CLAIM FOR DAMAGE, INJURY, OR DEATH

FORM APPROVED
OMB NO.
1105-0008
EXPIRES 4-30-88

INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| Regional Counsel<br>Mid-Atlantic Regional Office<br>302 Sentinel Drive, Suite 200<br>Annapolis Junction, MD 20701 | Raymond L. Purdum, 09359-062<br>P. O. Box 999, LSCI,<br>Butner, NC 27509 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH<br>10-26-45 | 5. MARITAL STATUS<br>Married | 6. DATE AND DAY OF ACCIDENT<br>NA | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurence and the cause thereof) (Use additional pages if necessary.) Inmate Raymond L. Purdum arrived at LSCI in fairly good condition except for an ongoing heart problem. Since arriving he has been having serious issues with a urination problemm brought on by he feels lack of medical attention addressing the issue. His PA Hunter-Busky, & Dr. Meracdo have not adequately taken care in their care level. Inmate Purdum has as a result wore a cathater for a long time, which resulted in the stretching of his bladder, which in turn required a TURP procedure that did not work. A resulting life now that will resquire self catherzation each 4 hours causing much discomfort and pain. Prior to arriving, Purdum gad NO trouble with urinating. Urologist Dr. Ogle, contracting physican with BOP has said it may never be normal again. This of course is a very discouraging outcome for Purdum. Even after release to look forward to this condition for the balance of his life.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

NA

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

NA

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT. Raymond L. Purdum as stated above has since arriving at LSCI Butner, has been subjected to medical care that is less than expected from an institution that is supposed to be the epitimy of Medical Care in the prison system. Because of improper diaognosis and care by Dr. Mercado and PA Hunter Busky at LSCI, Butner, he will be as told to him by Dr Ogle his urologist, self catherizing himself for the rest of his life.

**11. WITNESSES**

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Jeannie Purdum, wife | 317 North East Spruce<br>Bartlesville, OK 74006 |
| Robert Singleton | LSCI P. O. Box 999<br>Butner, NC 27509 |

**12. (See instructions on reverse)   AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| NA | $25,500,000.00 | NA | $25,500,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.)<br>*Raymond Purdum* | 13b. Phone number of signatory<br>NA | 14. DATE OF CLAIM<br>Feb 1, 2008 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM<br>The claimant shall forfeit and pay to the United States the sum of $2,000. plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS<br>Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |
|---|---|

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## INSTRUCTIONS

### Complete all items - Insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A **SUM CERTAIN** FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

**Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.**

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

**15. Do you carry accident insurance?** ☐ Yes, If yes, give name and address of insurance company *(Number, street, city, State, and Zip Code)* and policy number. ☐ No

NA

| 16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible? | 17. If deductible, state amount |
|---|---|
| NA | NA |

**18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim?** *(It is necessary that you ascertain these facts)*

NA

**19. Do you carry public liability and property damage insurance?** ☐ Yes, If yes, give name and address of insurance carrier *(Number, street, city, State, and Zip Code)* ☐ No

NA

☆ U.S.G.P.O.: 1986 -181-247/40180

SF 95 (Rev. 7-85) BACK

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |

**11-2-07**
**2015**

S - Emergent visit for CP    *

O - Brought to medical by officer. Ambulatory.
c/o sudden onset of pain he describes as
"sharp" from just under his ® ribs to
between his shoulder blades. Denies SOB
but states nausea with vomiting ×1.
Skin pale, dry, warm. ⊖ edema ⊖ JVD.
12 lead EKG obtained - unremarkable.
Abd soft, non distended with pain "allover"
but seems to be most painful when just
under ® ribs palpated. ⊕ rebound tenderness.
normal BM. Last med supper today. Pain
9/10 - nothing relieves or worsens.
BP = 183/101  P = 106  R = 22  PO₂ = 97%  T = 97.1
Vomited ×1 in medical.

A - Alteration in comfort

P - Contacted hospitalist who gave ro for
25mg Phenergan IM and 30ml Maalox. Repeated
& verified. Both given at 2015. Inmate
observed ×1 hour. Does not state any
relief from pain and actually c/o more if

Purdum, Raymond
09 309-062

**LSCI Butner**

| RECORDS MAINTAINED AT ▶ | | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART/SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|------|------------------------------------------------------------------------|
| | back pain. Abd. palpated searching for any masses or points of pulsation. None found. Strong distal pulses - equal both upper extremities. (Diameter has all risk factors of AAA). (Also exhibiting s/s of cholecystitis). |

R BP- 157/83  P= 54  R arm     BP= 152/90  P= 54  L arm
L BP- 164/90  P- 58

Hospital is contacted & will come evaluate inmate

<div style="text-align:right">Sergio Mercado, MD<br>Medical Officer, FCC Butner<br>BF6885163-080</div>

TR  TPerkinson RN TP

| 11/21/0? | Hamilton MD |
|----------|-------------|

S: As above...

RO: no fever no malaise
? clot p___

O: BP 157/83  P 54  BP 154/90  P 88

the pts BP hyperacute
diffuse no guard MTe p

A: gastric ulcer

P: therapy for pre
fop more __ 2 an
meals

<div style="text-align:center">Sergio Mercado, MD<br>Medical Officer, FCC Butner<br>BF6885163-080</div>

<div style="text-align:right">STANDARD FORM 600 BACK (REV. 5-84)</div>

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| **DATE** | **SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry)** |

| | |
|---|---|
| 10/17/02 | male |
| 1000 | 61 y/o ♂ male c̄ CAD, A-Fib, HTN, Hyperlipidemia |
| | DM, Hx Asthma, Obesity, Peripheral Neuropathy |
| 222/60 | Afib, s/p CVA (5/02), BPH, s/p left Cataract sx |
| 5'10" | s/p CABG (6/01) & renal, s/p colonoscopy, Hx |
| | Hx Morgagni-hernia c̄ fx left knee & elbow (02) |
| 123/72 | s/p Angioplasty & coronary surgery 2001 |
| P59 | last episode chest pain, CABG ago. |
| R 18 | Has been using inhalers PRN, will |
| PF 340 | switch to combivent BID & use |
| SpAtco | albuterol PRN. Meds reviewed NKDA |
| Glucose | arrange cardiology & optometry eval |
| Sat/HGB | consider PPD. |
| | using Neurontin PRN pain |
| | lower trunk |
| Has | Not cleared for PT / No duty |
| advanced directives | Fly @ CCC     Hx Depression (self reported) Dmed |
| | Voiced understanding of plan |
| | see orders. |
| | Dr Mercado present & aware |
| | [signature] Robin Buskey PA |

Sergio Mercado, MD
Medical Officer, FCC Butner
BF6985163-080

Purdum, Raymond
09 359-062
**LSCI Butner**

| RECORDS MAINTAINED AT ▶ | ROBIN HUNTER-BUSKEY, PA-C |
|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) | PHYSICIAN ASSISTANT     SEX |
| RELATIONSHIP TO SPONSOR | STATUS     RANK/GRADE |
| SPONSOR'S NAME | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO.     DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|------|------|
| 10/31/07 1315 | Admin Note - I/M was seen in Cardiology (illegible) Robert Polk Medical Support Assistant |

Urgent Care *

S: Called in to evaluate I/M that "passed out" ... I/M c/o chest pain, nausea, and vomiting. He has been having these symptoms... ...

O: BP = 142/82    P = 65    $SpO_2$ = 73% on 3L/ NC ... I/M appears to be in distress, he is vomiting green bile.

HEENT: PERRLA,

Lungs: CTA?

Heart: RRR...

Abdomen: Acute tenderness of RUQ w/ guarding

BS... normal. Obese, Distended

EKG: No changes...

A: Acute Abdomen    R/O cholecystitis.

P: (1) Transfer to ...
   (2) ...
   (3) ... + I/M

... MD
Medical Officer, FCC Butner

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |

11/5/07
2050

Admit note: Pt. Returned from D.E.H. c Dx of urinary Retention. According to the 4 liters of urine it which was collected c he was cath'ed @ ED - Foley cath Remains in place. Pt. has no current complaints - Advised to F/u slc in the AM - verbalized understanding.

─────── L3yr ETP /CSyr ───────

Pordan, Raymond
09 35-3-062

**LSCI Butner**

| RECORDS MAINTAINED AT | ▶ | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE      STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|------|--------------------------------------------------------------------------|
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |

STANDARD FORM 600 BACK (REV. 5-84)

**MEDICAL RECORD** — **DOCTOR'S ORDERS** (SIGN ALL ORDERS)

| DATE AND TIME START | STOP | RX | DRUG ORDERS | NON-DRUG ORDERS |
|---|---|---|---|---|
| [illegible] | | | [illegible] | |
| | | | [illegible] | |
| | | | [illegible] | |
| | | | [illegible] | |
| | | | Sergio Mercado, MD<br>Medical Officer, FCC Butner<br>BF6885163-080 | |
| 11/[illegible] | | | [illegible] 500mg BID x [illegible] | |
| | | | Sergio Mercado, MD<br>Medical Officer, FCC Butner<br>BF6885163-080 | |
| 11-6-07 | 1045 | | filled [illegible] | K. Nguyen, RPh<br>Pharmacist<br>FCC Butner |
| 11/9/07 850 | | | Stop Foley now<br>Replace Foley 16 fr if no void in 6 hrs & leave in [illegible] drainage/[illegible]<br>Naprosyn 500mg oral BID<br>KCL 10 meq oral daily<br>UA C&S today<br>pneumonia vaccine [illegible]<br>Robin Buckley PA-C | x 180 days |

11/9/07 [illegible] Review

Sergio Mercado, MD<br>Medical Officer, FCC Butner<br>BF6885163-080

ROBIN HUNTER BUCKLEY PA-C<br>PHYSICIAN ASSISTANT

(Continue on reverse side)

R. Macky, PharmD<br>Pharmacist<br>FCC Butner

PATIENT'S IDENTIFICATION

Purdom, [illegible]<br>07359-062

| REGISTER NO. | WARD NO. |
|---|---|
| | |

**DOCTOR'S ORDERS**
**FMC BUTNER**

| MEDICAL RECORD | CONSULTATION REQUEST |
|---|---|

## REQUEST

| TO:<br>DRH | FROM: (Requesting physician or activity)<br>Mercado | DATE OF REQUEST:<br>11/5/2007 |
|---|---|---|

REASON FOR REQUEST (Complaints and findings)

This IM began 3 nights ago with chest pain and upper abdominal pain. He reports feeling chills and night sweats. Today he had syncopal episode in his unit and has been vomitting green bile. VS are stable, EKG unremarkable, But exquisite tenderness and guarding in URQ. He has HX of DM, Hyperlipidemia, HTN, previous CVA, old MI with CABGx3.

| Transportation Method: Ambulance | Special Needs: | Isolation Status: None |
|---|---|---|

PROVISIONAL DIAGNOSIS: Acute abdomen, R/O acute cholecystitis

| DOCTOR'S SIGNATURE: | APPROVED: | URGENCY OF CARE:<br>Emergency | CONSULT NUMBER:<br>12487 |
|---|---|---|---|

## CONSULTATION REPORT

Town Trip

CONSULTANT'S FINDINGS/RECOMMENDATIONS:
(Please write brief note below for FCC Butner physician review including recommended follow-up. Do not discuss follow-up date with inmate.)

Faxed to MDI: _____11/5/2007_____

Appt Date: _____11/5/2007_____

Location: _DRH ER 3643 Roxboro Rd Durham 27704_

Continue on Reverse

| CONSULTANT'S SIGNATURE AND TITLE | | DATE |
|---|---|---|
| PATIENT'S IDENTIFICATION (Name, Register Number, Date of Birth, Institution) | Reviewed by Physician: | Date Reviewed: |

RAYMOND          PURDUM

09359-062

10/26/1945

LSCI

**CONSULTATION SHEET**
MEDICAL RECORD
**STANDARD FORM** 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR_ 101-11.203 (b)(10)

**FCC BUTNER**

**DRH**

Patient PURDUM, RAYMOND OPUS
Attending DOCTOR NOT ON FILE

Birth Date 10/26/1945   Sex M
MR # 000009954

Adm Date 11/05/2007

**ER COURSE AND MEDICAL DECISION MAKING:** The patient initially was having diffuse abdominal pain, nausea and vomiting. He had a 3-view abdominal x-ray performed which showed no evidence of any free air or any evidence of obstruction. He had a chemistry which other than a glucose of 143 was completely within normal limits, normal lipase. CBC showed a white cell count of 10.8 but otherwise was normal. Given the patient's diffuse abdominal pain that was still unresolved we put the patient in for a CT scan of the abdomen and pelvis with IV contrast. He did receive some Zofran and some morphine to help with his symptoms. He had a CT scan. It showed a mildly distended gallbladder but otherwise was normal. Given the lack of focal symptoms to that area and the relief in the patient's symptoms to be described shortly, I felt that this did not need further evaluation at this time. His liver function studies were normal. He has no fever. He has no focal abdominal tenderness in the right upper quadrant. The patient's bladder was distended on CT scan. The patient had a post-void residual performed. The patient had no urge to void at all but when a Foley was put in the patient put out over 3 L of urine with significant relief of all of his abdominal pain as well as his nausea and vomiting. The patient will be discharged back to the prison. He will follow up with urology. He will keep the Foley in with a leg bag in order to further evaluate the source of his urinary retention. At no point during the patient's entire stay did he report that he felt that he needed to void and could not. He just reported the abdominal pain but it does appear that urinary retention is the patient's problem today. As I said before now that his Foley has been placed, the patient has had full relief of all symptoms. He will be discharged with the diagnosis of urinary retention in stable condition.

**DIAGNOSIS:** Urinary retention.

ESA Andrew J. Sallean, MD, DICTATING
AS/tra
Doc #: 910358 / Job # 532726
DD: 11/05/2007 / DT: 11/05/2007
cc:

Sergio Mercado, MD
Medical Officer, FCC Butner
BF6885163-080

# DRH

Patient PURDUM, RAYMOND OPUS
Attending DOCTOR NOT ON FILE

Birth Date 10/26/1945   Sex M
MR # 000006954

Adm Date 11/05/2007

**ABD WOCON**

| EXAMINATION: | 8183 - PELVIC WITHOUT CONTRAST CT | | Nov 5 2007 5:25PM | **Nov 05, 2007 17:26** |
|---|---|---|---|---|
| REASON: ABD PN | | | | |
| 72192 | 1908183 | | | |
| EXAMINATION: | 8035 - ABDOMEN WITHOUT CONTRAST CT | | Nov 5 2007 5:25PM | |
| REASON: ABD PN | | | | |
| 74150 | 1908035 | | | |

RESULT: EXAM: Abdomen and pelvis CT without contrast

INDICATION: Right abdominal pain.

TECHNIQUE - Abdomen: Serial axial images were obtained from the top of the diaphragms to the top of the iliac crests following oral contrast administration.

Technique, Pelvis: Serial axial images were obtained from the top of the iliac crests to the symphysis pubis following oral contrast administration.

Contrast Dose: None.

COMPARISON: None.

FINDINGS ABDOMEN:

Lung base/Pleura: No effusions, masses.
Hepatic Parenchyma: No masses or cysts.
Biliary tree, Gallbladder: Gallbladder is mildly distended. The wall does not appear thickened and there is no surrounding fluid. No calcified gallstones are seen but nonopaque gallstones may not be visible on CT.
Spleen: No enlargement or parenchymal abnormalities.
Pancreas: No masses or ductal dilation.
Adrenals: Normal size, no masses.
Retroperitoneum: No adenopathy or masses.
Vascular structures: Vascular calcifications but no aneurysms or other significant pathology.
Kidneys/Ureters: The kidneys appear normal in size. There is minor perinephric stranding on both sides. There is a small extrarenal pelvis on both sides. Minimal possible vascular calcification versus tiny 1 mm intrarenal calculi noted on both sides. There is a 3.9 cm low attenuation sharply defined probable cyst arising from the lateral aspect of the mid right kidney. There appears to be minimal calcification along the wall of this suspected cyst. Suggest followup renal protocol CT for further evaluation. No hydroureter noted on either side. The bladder is distended. The prostate is mildly enlarged and contains some calcifications.
Intestine: No evidence of pathologic dilation, bowel wall thickening or inflammatory changes in the adjacent fat.
Peritoneal Cavity: No apparent masses, pathologic fluid or air collections.

FINDINGS PELVIS:

Pelvic wall: Fat in both inguinal canals.
Vascular structures: Scattered vascular calcification without aneurysm.
Intestine: No evidence of pathologic dilation, bowel wall thickening, diverticulosis or inflammatory changes in mesenteric fat.
Appendix: No apparent appendiceal abnormalities.

Facility Durham Regional Hospital
PRINTED BY: MARY W HAYES

Sergio Mercado, MD
Medical Officer, FCC Butner
BF6885163-080

Page 1 of 2



**UDRH**

Patient PURDUM, RAYMOND OPUS
Attending DOCTOR NOT ON FILE

Birth Date 10/26/1945  Sex M
MR # 000006954

Adm Date 11/05/2007

Pelvic cavity: No masses, adenopathy or pathologic fluid collections.
Bladder: Bladder is quite distended. No opaque calculi are noted within
it. The prostate appears mildly enlarged and contains some calcifications.

IMPRESSION:
Abdomen:

1. Gallbladder is mildly distended but otherwise unremarkable in
appearance. If symptoms suggest cholelithiasis suggest gallbladder
ultrasound.
2. 3.9 cm probable right renal cyst with minimal calcification in the
wall. In view of the latter, suggest followup renal protocol CT.
3. A few tiny intrarenal calcifications bilaterally which may be vascular
or represent minute calculi. No significant hydronephrosis or hydroureter
evident.

Pelvis:

1. The bladder is quite distended. The prostate is mildly enlarged and
contains some calcification.

BUNDLE: <BUNDLE_DOC>

Read By: C BRYAN KOON JR M.D.
Transcribed By: PSC
Electronically Signed By: C BRYAN KOON JR M.D.

Page created: Tuesday, November 6, 2007 10:49 AM For: 2MWHMR

*BM/11/607*

Sergio ~~~~~~~, MD
Medical Officer, FCC Butner
BFC3951163-030

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| 11-00-07 0000 ✳ | S- "my bag is full of blood" |
| | O- Ambulated to medical. C/o feeling "woozy" - denies pain or SOB. Nauseous but denies vomiting. Last meal last night. Foley catheter bag with 500cc of dark red urine. Inmate states he emptied it already @ 0550. No other complaints. |
| | ₱. -BP= 142/87  P=88  R=22  T=97.6 |
| | ₱. -BP= 136/85  P=90 |
| | A- Alteration in comfort |
| | P- Inmate to be followed up by MD. |
| | T. Perkins CMT-P |
| 04/4 0044h ✳ | F/U Visit |
| | S: IM says that he has been urinating every day. [illegible] did not know to say when blood... [illegible] |

Purdum, Raymond
09359-062

**FMC Butner**

| RECORDS MAINTAINED AT ▶ | | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

The handwritten clinical note is largely illegible. Best partial reading below.

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|------|-------------------------------------------------------------------------|
| 4/7 | [illegible] |
| | S: He [reports?] the [blood?] is dark colored and he reports feels uncomfortable with [foley?] in place. |
| | O: BP 126/81    P 80    SpO2 97% RA |
| | [illegible] x3, [illegible] |
| | NECK: [illegible], throat clear |
| | Lungs CTA |
| | Heart RRR [illegible] |
| | Abd: soft, not distended |
| | A: S/P evaluation [illegible] |
| | [illegible] |
| | P: See orders |
| | [illegible] |

Sergio Mercado, MD
Medical Officer, FCC Butner
BF6885163-080

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| **DATE** | **SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry)** |

| | |
|---|---|
| 11/9/0 | |
| 1830 | |
| ✱ | |
| | A Altered health status R/T urinary retention after elimination |
| | P pt educated on care of foley - keep bag below bladder, etc... pt verbalized understand |
| | |
| 11/9/07 | Late Entry for 1730 |
| 1550 ✱ | 24 c H/o urinary retention foley out this am c I void today, no significant complaints. No PVR abuse foley & straight drainage cont Cipro for gram neg cells in urine F/U in 48-72 hrs. |
| | pt voiced understanding of plan |
| | [signature] Buckey PA-C |
| | BRYAN HUNTER-BUCKEY, PA-C |
| | PHYSICIAN ASSISTANT |

Purdur, Reginald

09359-062

**LSCI Butner**

10/24/45

| RECORDS MAINTAINED AT ▶ | |
|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| 4/9/7 | CCC/FU S/P ER Visit |
| I-Fun | S: IM is seen today due to hematuria and indwelling foley. He reports uncomfortable feeling foley in place |
| | O: B.P. 174/77 P: 69 SpO2: 97% Wt: 215 |
| | [illegible] |
| | [illegible] |
| | Lungs: CTA |
| | [illegible] |
| | Abd: Obese [illegible] upper right quadrant |
| | Rectal: No blood or flow; prostate enlarged |
| | [illegible] |
| | Continued |

STANDARD FORM 600 BACK (REV. 5-84)

Sergio Mercado, MD
Medical Officer, FCC Butner
BF6835163-060

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each ent |

11/5/07  Sick call

800  S: 61 y/o ē recent urinary retention - has
X    foley in at this time pain in penis
98?  ē "pulling" effort on catheter.
     + pus. gross hematuria less

O: Abd - round BS ⊕ neg + tenderness
   ē Deep palp ē rebound
   penis clean
   urine dark yellow
   ē clots

A: H/O urinary retention
   P Trial of foley d/c at H -
   F/u as needed

   Discuss understanding of plan
   Meds ordered
   Flu Vaccine

                    Ruth Hunter Buckley PA-2

                    ROBBI HUNTER BUCKEY PA-C
                    PHYSICIAN'S ASS...

        Sérgio Michael, LPC Butner
        Medical Staff LPC Butner
        BF...

RECORDS MAINTAINED AT ▶

| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
|---|---|---|
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

Purdum Raymond

LSCI Butner

09359-062

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |

**LSCI Butner**

| RECORDS MAINTAINED AT | ▶ | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) | | | SEX |
| RELATIONSHIP TO SPONSOR | | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |

Seen in

P 3 [illegible] foley catheter

① Not [illegible]

② IM [illegible]

Sergio Mercado, MD
Medical Officer, FCC Butner
BF6285163-080

11/23/07 Admin Note: I/m had foley catheter removed

07:00 by undersigned I/m instructed to return

by 12:30 if no voluntary void by then

[signature] M [illegible], PA

12:2 Admin

[illegible] Void — Replace Foley — [illegible] [illegible]

[illegible]

[signature] PA-C
PHYSICIAN ASSISTANT

Pardon, Raymond

09359-062

**LSCI Butner**

RECORDS
MAINTAINED
AT ▶

| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
|---|---|---|
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|------|------------------------------------------------------------------------|
| 11/23/07 1500 | Admin note: Foley Cath *(illegible)* is difficult - *(illegible)* clear/pale yellow urine drained - The *(illegible)* extra supplies for care of care explained - *(illegible)* indwelling dependent *(signature)* |
| 11/30/07 0939 | Admin Note - I/M was seen - Urology *(signature)* Robert Polk Medical Support Assistant |
| 11/30/07 2000 | Admin note: *(illegible)* no c/o complaints *(signature)* Keith Comer Paramedic FCC Butner |
| 12/3/07 1250 | I/M *(illegible)* to SIC today complaining that the Foley catheter is causing pain and burning. The Foley 16 Fr was placed on 11/23/07. He is due for a catheter replacement. A UA/UC will be ordered. *(signature)* FCC Butner, NC |
| 12/6/07 1230 | Admin note: Per PA request 16 Fr indwelling cath pulled and new 16 Fr cath placed per proper techic. *(signature)* Christensen EMT-I |
| 12/11/07 1235/74 P59 | F/U - 4 1/1 UA *(illegible)* to labs - will resend Foley intact *(illegible)* requested stop BB stop Nyroxyn - Cont Plavix until we op date. - all *(illegible)* reviewed and EKG - will update Pt Pt voiced understanding *(signature)* ROBIN HUNTER BUCKEY, PA-C PHYSICIAN ASSISTANT |

Purdum Raymond
09359-068

| MEDICAL RECORD | CONSULTATION REQUEST |
|---|---|

### REQUEST

| TO: Urology | FROM: (Requesting physician or activity) Mercado | DATE OF REQUEST: 11/19/2007 |
|---|---|---|

REASON FOR REQUEST (Complaints and findings)
This IM was sent out to the local ER 2 weeks ago because he began to have abdominal distention, vomittiing green bile and had upper right abdominal pain. At no time did he ever complain of any urinary problems. At the ER he urinated on his own, but he was cathed and about 4L of urine was removed. He has a Folley and he reports hematuria. Please evaluate

| Transportation Method: | Institution Vehicle | Special Needs: | Cane | Isolation Status: | None |
|---|---|---|---|---|---|

| PROVISIONAL DIAGNOSIS: Urinary Retention | | | |
|---|---|---|---|
| DOCTOR'S SIGNATURE: | APPROVED: | URGENCY OF CARE: Within Two Weeks | CONSULT NUMBER: 78226 |

*PSA 0.3 3/07*

### CONSULTATION REPORT

Inhouse Consult

CONSULTANT'S FINDINGS/RECOMMENDATIONS:
(Please write brief note below for FCC Butner physician review including recommended follow-up. Do not discuss follow-up date with inmate.)

Faxed to MDI: _____
Appt Date: 11/30/2007
Location _____

62 yo male c hx of urinary retention c indwelling
foley. pt has failed multiple trial of void.
PMH: CAD, MI, HTN, DM, ↑chol, CVA, depression, angina, asthma
PSH: CABG, elbow, knee
All: NKDA  FH: ⊘  SH: ⊘
Meds: nitroquick, ASA, amiodarone, metoprolol, imdur, metformin
   lovastatin, lasix, KLOR, clopidogrel, lisinopril, zantac
   atrovent, albuterol
Exam: ot uncircumsized phallus c foley
   testis N, NT ⊘ mass
   ↑ST, slightly enlarged, NT ⊘ nodules
A/P 1— urinary retention - needs TURP ASAP
   pt informed that he may not be able to void after
   procedure.

Continue on Reverse

| CONSULTANT'S SIGNATURE AND TITLE   Adrian Cye | DATE 1/30/07 |
|---|---|
| PATIENT'S IDENTIFICATION (Name, Register Number, Date of Birth, Institution) | Reviewed by Physician: | Date Reviewed: 12/3/07 |

Sergio Mercado, MD
Medical Officer, FCC Butner
BF6885163-030

RAYMOND    PURDUM
09359-062
10/26/1945
LSCI

**CONSULTATION SHEET**
MEDICAL RECORD
STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR_ 101-11.203 (b)(10)

**FCC BUTNER**

| **MEDICAL RECORD** | **CONSULTATION REQUEST** |
|---|---|

**REQUEST**

| TO:<br>UROLOGY (TURP) | FROM: (Requesting physician or activity)<br>Mercado | DATE OF REQUEST:<br>12/3/2007 |
|---|---|---|

REASON FOR REQUEST (Complaints and findings)
62 y/o WM that recently began with urinary retention. Has indwelling folley because of recurrent retention. He was seen by Dr. Ogle whom recomends TURP ASAP

| Transportation Method: | Instiution Vehicle | Special Needs: | Isolation Status: | None |
|---|---|---|---|---|

| PROVISIONAL DIAGNOSIS: Urinary Retention | | | |
|---|---|---|---|
| DOCTOR'S SIGNATURE:<br>4/19/10 | APPROVED: | URGENCY OF CARE:<br>Next Available Clinic | CONSULT NUMBER:<br>12796 |

**CONSULTATION REPORT**

Town Trip

CONSULTANT'S FINDINGS/RECOMMENDATIONS:
(Please write brief note below for FCC Butner physician review including recommended follow-up. Do not discuss follow-up date with inmate.)

Faxed to MDI: _____

Appt Date: _____

Location: _

01/15/08
0100
MPH / Ogle

Continue on Reverse

| CONSULTANT'S SIGNATURE AND TITLE | DATE |
|---|---|
| PATIENT'S IDENTIFICATION (Name, Register Number, Date of Birth, Institution) | Reviewed by Physician: | Date Reviewed: |

RAYMOND        PURDUM
09359-062
10/26/1945
SCI
   DRM B
      OUT/min
         WM

**CONSULTATION SHEET**
MEDICAL RECORD
**STANDARD FORM** 513 (REV. 4-99)
Prescribed by GSA/ICMR FPMR (41 CFR_ 101-11,203 (b)(10)

**FCC BUTNER**

**MR# 233434**    1024644
**PURDUM**, RAYMOND
01/15/2008
DOB 10/26/1945
DR OGLE, ADRIAN



U. S. Department of Justice

Federal Bureau of Prisons

**Federal Correctional Complex**

---

*Federal Medical Center*
*P. O. Box 1600*
*Butner, NC 27509*

**FROM:**    FCC Butner Utilization Review Committee

**SUBJECT:**    Medical Consult Review

**TO:**    Inmate    Purdum, Raymond
Reg. No.:    09359-062
Unit:    LSci  /  Dorm B

Your medical consult for _____TURP_____ has been

- ☑ Approved
- ☐ Deferred
- ☐ Denied

at this time.  The Utilization Review Committee concluded that the present consult is

- ☑ Acceptable
- ☐ Necessary
- ☐ Mandatory
- ☐ Convenience of Inmate
- ☐ Not Medically Necessary
- ☐ Alternative Treatment Plan

consisting of _____

_____

If the above medical consult is approved, the consult will then be scheduled based on prioritization at the next available appointment.  In the meantime, you should continue to utilize sick call procedures and continue to work with your primary care clinician team regarding any medical concerns.

____12/12/07____
Date

_____
M. Bonner, M.D., Clinical Director
Utilization Review Chairperson

cc: Medical Record

(Revised 6/03)

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each ent |

12/25/07
1900

S: I think I have some blood in my urine. It's dark in the bag. I have not noticed any blood in bag since last month. I have also been hurting some on my side and back since yesterday.

O: I/m A&O ambulatory to HU c̄ above complaints. Hx of indwelling cath. & similar episodes. Writer notes 300cc Dark urine. I/m reports making 3 other bags ≈400cc each today c̄ no blood noted. Normal frequency c̄ no pain c̄ urination. Skin warm & dry, color good. T-98.1 P-68 R-16 BP 140/70 poe 98% RA

A: Alteration in comfort

P: Empty bag. Monitor output amount + color, contact HU if condition worsens. F/u c̄ sick call in the AM.

E: Advised of above plan. Verbalized understanding.
L. Conte / RN

Sergio Mercado, MD
Medical Officer, FCC Butner
BF68S5163-080

Purdom, Raymond
09359-062

| RECORDS MAINTAINED AT ▶ | | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

LSCI Butner

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry |

12/27/02  Sick Call

S: *illegible handwriting* clots in my urine bag
& New pain, Fever
Right hip / right back pain
Pre cystoscopy / *illegible*
O: urine clear yellow
catheter exchange very convoluted
& Analgesics for several days.
A: urinary retention
arthritic back pain
P: restructure analgesic to left leg
fyl (commissary)
hold NSAIDs, ATB, Maux-
Pre-op
reviewed *illegible* results
expressed understanding of plan
? No pending

*signature illegible*

| RECORDS MAINTAINED AT ▶ | | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) | | | SEX |
| RELATIONSHIP TO SPONSOR | | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

**LSCI Butner**

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |

1/16/08
(8:23)   *Inmate returning after TURP*

LS 98° 80 18 151/28

CR to return to Corr

*Eat*

S. Sichel NP
Sichel  1/17/08

1/18/08   CCC / FU
10:55

63 y.o. WM s/p TURP done on 1/15/08. Failed
voiding trial on 1/15/08. Discussed c Dr Oglo —
plan to do another voiding trial and if
not successful will need to learn self
cath. Given length of time and degree that
bladder was distended may not regain function
or partial function over time.

Pt has mild pain in bladder area, has
pain in joints - elbows, ankle 7-8/10 from arthritis.
Would like to resume Naproxen.

⊕ rash on forehead for 2 days

Feels slightly dizzy - washed out on questioning

Pardum, Raymond
09359—062

**FMC Butner**

| RECORDS MAINTAINED AT ▶ | | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) | | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

11/8/05  continued

101/68    R̄    75 bpm   sitting
93/61     R̄          224.5 lbs
central forehead + ⒧ cheek — fine erythematous
rash c̄ <1mm pustules
lungs clear   RRR ⊖ m̄
abd soft   mildly tender across upper abd and RLQ
⊖ rebound.   ⊖ pedal edema

A/P  1. S/p TURP. will try voiding trial today
Nurse will remove foley and teach
self cath tech. If has not urinated
by 5 pm pt to start self catheterization
then continue every 4-6 hrs   F/U c̄ Dr Ogle + wk

2. Hypotension. Hold Lisinopril and Lasix for
next 4 days. Had orange juice but no
breakfast this AM. Push po fluids. √BP daily
in rec yard. F/U c̄ medical if feels more
faint / dizzy

3. Rash: Seb Derm ? try 2.5% Hydrocortisone Cream

4. Arthralgia. Can resume Naproxen.

5. CAD. resume ASA. I do not see indication for
Plavix — no stent
F/U 11/22/05

Pt educated + understood                    SMD 4 contact

⅃ Sichel MD   Sichel

MARIA PARHAM MEDICAL CENTER
RUIN CREEK ROAD
HENDERSON, NC  27536

| | |
|---|---|
| HISTORY AND PHYSICAL | Name: PURDUM, RAYMOND<br>MR#:  666666<br>Date of Admission:<br>Adrian M. Ogle, M.D. |

CHIEF COMPLAINT:  Urinary retention.

HISTORY OF PRESENT ILLNESS:  This is a 62-year-old gentleman
with a history of urinary retention with an indwelling Foley who
has failed multiple trials of void.  After discussion with the
patient, it was elected that he undergo TURP.  He has been
informed preoperatively that he may not be able to void after
the procedure.

PAST HISTORY:  Significant for coronary artery disease, MI,
hypertension, diabetes, hypercholesterolemia, CVA, depression,
angina and asthma.

PAST SURGICAL HISTORY:  He has had a CABG and elbow and knee
surgery.

ALLERGIES:  HE HAS NO KNOWN DRUG ALLERGIES.

FAMILY HISTORY:  Noncontributory.

SOCIAL HISTORY:  The patient is currently incarcerated.

MEDICATIONS:  Metformin, metoprolol, Naprosyn, nitroglycerin
sublingual, potassium chloride, Zantac, simvastatin,
clopidogrel, aspirin, digoxin, doxazosin, Lasix, albuterol
isosorbide mononitrate and lisinopril.

REVIEW OF SYSTEMS:  Obstructive voiding symptoms.

PHYSICAL EXAMINATION:  VITALS ON ADMISSION:  Stable.  He is
afebrile.  GENERAL:  We see a well-developed, well-nourished
male in no apparent distress.  HEENT:  Normocephalic,
atraumatic.  NECK:  Full range of motion.  HEART:  Regular rate
and rhythm.  LUNGS:  Clear.  ABDOMEN:  Soft, nontender,
nondistended.  GU:  He has a normal uncircumcised phallus with
an indwelling Foley.  Both testes descended normally, nontender
without masses.  RECTAL:  He has a normal tone.  The prostate is

**ORIGINAL** COPY

MARIA PAPHAM MEDICAL CENTER    Name: PURDUM, RAYMOND
HISTORY AND PHYSICAL           MR#:   666666
Page 2                         Date of Admission:
                               Adrian M. Ogle, M.D.

---

slightly enlarged, nontender without nodules.  EXTREMITIES:
Without cyanosis, clubbing or edema.  NEURO:  He is alert and
oriented x3.

IMPRESSION:  Urinary retention.  The plan is to perform TURP.


ADRIAN M. OGLE, M.D.

Date: 1/15/08 Time: 0830

AMO/MEDQ/6375476
DD:  01/14/2008 13:47:38
DT:  01/14/2008 16:40:12
JOB# 325991

cc:  Federal Medical Center
     Fax: 1-904-394-1753


**ORIGINAL** COPY

MARIA PARHAM MEDICAL CENTER
RUIN CREEK ROAD
HENDERSON, NC 27536



|  | Name: PURDOM, RAYMOND* |
|---|---|
| OPERATIVE REPORT | MR#:  233434 |
|  | Date of Procedure:  01/15/2008 |

SURGEON:  Adrian M. Ogle, M.D.

PREOPERATIVE DIAGNOSIS:  Urinary retention.

POSTOPERATIVE DIAGNOSIS:  Urinary retention.

PROCEDURE PERFORMED:  Evolve laser TURP.

ANESTHESIA:  Spinal.

ESTIMATED BLOOD LOSS:  Less than 20 mL.

INDICATIONS FOR OPERATION:  This is an 62-year-old gentleman
with a history of urinary retention while on alpha blockers.  He
has failed multiple trials of void and has had an indwelling
Foley.  After discussion with the patient it was elected that he
undergo TURP.

OPERATIVE PROCEDURE:  The patient was brought to the OR, given a
spinal anesthesia.  After an adequate level of anesthesia, he
was placed in lithotomy position and had his genitalia prepped
and draped in a sterile manner.  Cystoscope was inserted under
direct vision into the urethral meatus and slowly advanced until
we were at the verumontanum.  Looking towards the bladder, he
was noted to have occlusion of the prostatic fossa, bilateral
lobe hypertrophy and a small median bar.  He was also noted to
have catheter cystitis from the indwelling Foley.  Once into the
bladder, inspection was performed and he was noted to have
moderate trabeculations and catheter cystitis at the dome and
posterior wall.  Laser fiber was then advanced through the scope
and then starting distal to the bladder neck.  The lateral lobes
were vaporized and we stayed proximal to the verumontanum.  Next
at the level of the floor, the median bar was taken down between
the 5 o'clock and 7 o'clock position and down into the prostatic
fossa, but proximal to the verumontanum.  Once this was done, he
was noted to have a wide-open defect.  Bladder was filled and
scope was removed.  A 20-French 3-way catheter was placed per

**ORIGINAL** COPY

MARIA PARHAM MEDICAL CENTER     Name: PURDOM, RAYMOND*
OPERATIVE REPORT                MR#:  233434
Page 2                          Date of Procedure: 01/15/2008

---

urethra into the bladder and filled with 20 mL of water.  This
was connected to minimal irrigation and dependent drainage.  He
was taken from lithotomy position and transferred to recovery
room in stable condition.


ADRIAN M. OGLE, M.D.

Date: 1/16/09 Time: 1:00

AMO/MEDQ/7277588
DD:  01/15/2008 13:27:49
DT:  01/15/2008 22:17:27
JOB# 326282

cc: Physician at the Federal Medical Center

**ORIGINAL** COPY

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| **DATE** | **SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry)** |

**1/18/08**
**1030**  Admin Note: Pt foley cath discontinued per Dr. Sichel. 4 S/S of infection noted @ genital site. Instructed + Advised on proper procedure of self-cath. Pt demonstrated return of procedure. Advise to self cath q4-6hrs. Pt BP 100/66 P-72 sitting + BP 88/103 standing. Dr. Sichel made Aware. Advise to rise slowly from a sitting to standing position. Pt voiced understanding
                                          A. Cano RN / S. Perusi RN

**1/22/08**
**3:00 PM**  Follow Up

Feeling better. Nausea resolved. not urinating much on his own. Having some difficulty doing cath last few inches diff to traverse. 500-800cc return after 5-7 hrs.   BP 118-149 syr in vec yard

pE:   123/76    72 bpm    1⊕ pedal edema Ⓛ
                            ⊕ edema Ⓑ

A/P  1. s/p TURP: continue self cath. F/U c Urologist
        1/25/08                                    over

Purdum, Raymond
# 09359-007

**FMC Butner**

| RECORDS MAINTAINED AT ▶ | | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) | | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

continued

2. Blood Pressure: Good level. Stay off Furosemide
   + Lisinopril for now. Monitor BP. If starts
   to ↑ start c ½ Lisinopril tab.

   FU ł month.

Pt educated + understood

S. Sichel MD   Sichel

JUN 2 7 2008

Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

F—
08-1259
UNA

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

**I (a) PLAINTIFFS**

Raymond L. Purdum

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 09359-062

**DEFENDANTS**

United States of America et al

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
T_____

Case: 1:08-cv-01259
Assigned To : Unassigned
Assign. Date : 7/23/2008
Description: Pro Se Gen. Civil

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871  IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

0

| □ G. Habeas Corpus/ 2255 | □ H. Employment Discrimination | □ I. FOIA/PRIVACY ACT | □ J. Student Loan |
|---|---|---|---|
| □ 530 Habeas Corpus-General | □ 442 Civil Rights-Employment | □ 895 Freedom of Information Act | □ 152 Recovery of Defaulted Student |
| □ 510 Motion/Vacate Sentence | (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) | □ 890 Other Statutory Actions (if Privacy Act) | Loans (excluding veterans) |
| | *(If pro se, select this deck)* | *(If pro se, select this deck)* | |

| □ K. Labor/ERISA (non-employment) | □ L. Other Civil Rights (non-employment) | □ M. Contract | □ N. Three-Judge Court |
|---|---|---|---|
| □ 710 Fair Labor Standards Act | □ 441 Voting (if not Voting Rights Act) | □ 110 Insurance | □ 441 Civil Rights-Voting (if Voting Rights Act) |
| □ 720 Labor/Mgmt. Relations | □ 443 Housing/Accommodations | □ 120 Marine | |
| □ 730 Labor/Mgmt. Reporting & Disclosure Act | □ 444 Welfare | □ 130 Miller Act | |
| □ 740 Labor Railway Act | □ 440 Other Civil Rights | □ 140 Negotiable Instrument | |
| □ 790 Other Labor Litigation | □ 445 American w/Disabilities- Employment | □ 150 Recovery of Overpayment & Enforcement of Judgment | |
| □ 791 Empl. Ret. Inc. Security Act | □ 446 Americans w/Disabilities- Other | □ 153 Recovery of Overpayment of Veteran's Benefits | |
| | | □ 160 Stockholder's Suits | |
| | | □ 190 Other Contracts | |
| | | □ 195 Contract Product Liability | |
| | | □ 196 Franchise | |

**V. ORIGIN**

☒1 Original Proceeding   □ 2 Removed from State Court   □ 3 Remanded from Appellate Court   □ 4 Reinstated or Reopened   □ 5 Transferred from another district (specify)   □ Multi district Litigation   □ 7Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

28 USC 1346

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS   □   ACTION UNDER F.R.C.P. 23   DEMAND $ 25million   Check YES only if demanded in complaint   JURY DEMAND: ☒ YES   □ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   □ YES   ☒NO   If yes, please complete related case form.

DATE 7/23/08   SIGNATURE OF ATTORNEY OF RECORD   NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.



\forms\js-44.wpd