UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Raymond L. Purdum<br>  Plaintiff | )<br>)<br>) | |
| v. | )<br>)<br>)<br>) | Civil Action No. 08- 1259 JR |
| United States of America, et al.,<br>  Defendant | )<br>) | |

**REASSIGNMENT OF CIVIL CASE**
(non-calendar committee)

The above entitled action was assigned on August 7, 2008 from Unassigned (9098) to Judge Robertson because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC:   Judge Robertson
& Courtroom Deputy
Civil Case Processing Clerk
     Statistical