UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND L. PURDUM, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 08-1259 (JR) |
| UNITED STATES OF AMERICA *et al.*, | : |
| Defendants. | : |

ORDER

Plaintiff is a prisoner at the Federal Correctional Institution in Butner, North Carolina, suing under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671-2680. "Any civil action on a tort claim against the United States . . . may be prosecuted only in the judicial district where the plaintiff resides or wherein the act or omission complained of occurred." 28 U.S.C. § 1402(b). The complaint is based on plaintiff's medical treatment at the Butner facility. Accordingly, it is

**ORDERED** that pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Eastern District of North Carolina.


JAMES ROBERTSON
United States District Judge